# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148598

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

GEOFFREY RICHARD WHITTY,
    Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148598
COA: 315097
Genesee CC: 11-029722-FC

_____/

On order of the Court, the application for leave to appeal the December 4, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

t0421